UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>         Plaintiff, <br><br>   v. <br><br> KITSAP RENTALS INC. dba ADVANCED RENTALS & SALES, a corporation; <br><br>         Defendant. | CIVIL ACTION NO.  C05-5567RJB <br><br> CONSENT JUDGMENT |

I

Plaintiff has filed her Complaint and Defendants, Kitsap Rentals Inc. dba Advanced Rentals & Sales, a corporation, has appeared and without any admission of liability, wrongdoing or violation of the law, agreed to the entry of this Judgment without contest.  It is, therefore, upon motion and direction of the Plaintiff and Defendant that this Consent Judgment be entered as follows:

Office of the Solicitor
U.S. Department of Labor
1111 3rd Avenue, Suite 945
Seattle, WA  98101
(206) 553-0940; Fax (206) 553-2768

CONSENT JUDGMENT  - 1

IT IS ORDERED, ADJUDGED AND DECREED that Defendant, its officers, agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of Section 15(a)(2),(4) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. 201 et. seq.), hereinafter referred to as the Act, in any of the following manners:

(1)     Defendant shall not, contrary to Section 7 of the Act, employ any of its employees engaged in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty (40) hours unless the employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times his regular rate at which he is employed.

(2)     Defendant shall not fail to make, keep and preserve records of its employees and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed by the regulations of the Administrator of the Wage and Hour Division, United States Department of Labor, issued and from time to time amended, pursuant to Section 11(c) of the Act and found in 29 C.F.R. 516.

(3)     Defendant shall not employ any oppressive child labor in commerce or in the production of goods for commerce or in any enterprise engaged in commerce or in the production of goods for commerce.

(4)     IT IS FURTHER ORDERED that the Plaintiff recover from the Defendant the sum of $5,945.43 (five thousand nine hundred forty five dollars and forty three cents) in

Office of the Solicitor
U.S. Department of Labor
1111 3rd Avenue, Suite 945
Seattle, WA  98101
(206) 553-0940; Fax (206) 553-2768

1   overtime compensation damages due to their employees, identified on Exhibit "A."

2         (a)    Payment is to be made as follows:  Payment is to be made by certified

3   checks to the employees on Exhibit A, attached hereto, on or before thirty (30) days from the

4   signing of this Consent Judgment.  The  checks should be made payable in the alternative to

5   the order of "Wage and Hour Division – U.S. Department of Labor or the individual

6   employee" identified in Exhibit A to this Agreement.  All checks shall be delivered to:

8                    U.S. Department of Labor/ESA
9                    1111 3rd Avenue, Suite 755
                     Seattle, WA  98101
10

11        All checks shall be accompanied by a letter identifying the case name as Chao v. Kitsap

12  Rental Inc., et al., and include the employer's tax identification number.  A statement

13  indicating the gross and net amount paid, and the withholding taxes corresponding to the

14  employee for whom the check is submitted, shall accompany all checks.

15

16        (b)    If there is a default in the receipt of any check by over 15 days, the total

17  amount remaining due from the Defendant will automatically be increased by an additional

18  20% to be prorated among the employees who remain unpaid.

19

20        (4)    Plaintiff shall distribute the monies paid by Defendant under this Judgment to the

21  employees identified in Exhibit "A" attached hereto or their estates if that is necessary.  Any

22  money not so paid within three (3) years because of inability to locate said employees or

23  because of their refusal to accept said proceeds shall be deposited forthwith with the Treasurer

24  of the United States pursuant to 28 U.S.C. § 2041.

25  //

26
                                    Office of the Solicitor
27                                  U.S. Department of Labor
                                    1111 3rd Avenue, Suite 945
28                                  Seattle, WA  98101
                                    (206) 553-0940; Fax (206) 553-2768

**CONSENT JUDGMENT** - 3

1      IT IS FURTHER ORDERED that defendants pay $3500.00 (three thousand five hundred

2  dollars) in child labor civil monetary penalties.  The check shall be made payable to the U.S.

3  Department of Labor and delivered twenty (20) days from the signing of the judgment to the

4  address in paragraph 4 (a).

5      IT IS FURTHER ORDERED that the rights, if any, of Defendant's employees or ex-

6  employees not specifically mentioned in Exhibit A to this Judgment to back wages under the

7  Act are neither affected nor extinguished by this Judgment and neither party to this action

8  intends or contemplates that the Judgment entered in this action will affect such rights, if any,

9  or any defenses available to Defendants; and

10      IT IS FURTHER ORDERED that each party shall bear its own fees and other expenses

11  incurred by such party in connection with any stage of this proceeding, and shall waive all

12  rights to relief arising prior to the date of this Judgment under the Equal Access to Justice Act.

13      DATED this 29th day of August, 2005.

ROBERT J. BRYAN
United States District Judge

Office of the Solicitor
U.S. Department of Labor
1111 3rd Avenue, Suite 945
Seattle, WA  98101
(206) 553-0940; Fax (206) 553-2768

CONSENT JUDGMENT  - 4

1

2  ENTRY OF THIS JUDGMENT
   IS HEREBY CONSENTED TO
3  AND NOTICE OF PRESENTATION
   IS WAIVED
4

5  Approved as to Form and Content

6  Kitsap Rental Inc. d/b/a Advanced Rentals& Sales, a corporation,

7

8  By s/_____
9      Greg Royer, President of Kitsap Rentals Inc.

10

11 By s/_____
       Tom O'Hare    WSBA #
12

13 Presented by:

14 HOWARD M. RADZELY
   Solicitor of Labor
15

16 GARY BUFF
   Acting Regional Solicitor
17

18 ROCHELLE KLEINBERG
   Associate Regional Solicitor
19

20
   By: s/_____
21     Rochelle Kleinberg,

22

23

24

25

26                                          Office of the Solicitor
                                         U.S. Department of Labor
27                                       1111 3rd Avenue, Suite 945
                                           Seattle, WA  98101
28                                    (206) 553-0940; Fax (206) 553-2768

CONSENT JUDGMENT  - 5

EXHIBIT "A"

| Employee | Period Covered | Amount Due |
|---|---|---|
| Anderson, Scott | 7/16/2002 to 6/1/2004 | $538.16 |
| Bentley, Jeremy | 11/11/2003 to 5/25/2004 | $61.22 |
| Berklin, David | 6/3/2003 to 5/25/2004 | $145.09 |
| Caldwell, Jefferey | 7/2/2002 to 5/25/2004 | $665.86 |
| Cummings, Chris | 7/30/2002 to 5/18/2004 | $607.00 |
| Deverin, Tim | 7/16/2002 to 2/11/2003 | $164.09 |
| Grijalva, Roberto | 7/2/2002 to 5/25/2004 | $445.44 |
| Lanning, Steve | 4/27/2004 to 6/1/2004 | $56.07 |
| Larson, Jim | 2/4/2003 to 9/30/2003 | $151.71 |
| Logan, Karl | 7/30/2002 to 6/1/2004 | $1,188.65 |
| Lord, Jared | 5/13/2003 to 6/3/2003 | $60.29 |
| Miller, Bob | 6/10/2003 to 6/1/2004 | $839.50 |
| Ostaszewski, Robert | 3/30/2004 to 5/25/2004 | $84.86 |
| Reece, Corey | 12/23/2003 to 4/6/2004 | $67.02 |
| Rey, Patrick | 4/13/2004 to 4/27/2004 | $109.78 |
| Riley, Patrick | 7/1/2003 to 9/2/2003 | $18.84 |
| Taylor, Linda | 5/4/2004 to 5/25/2004 | $42.06 |
| Taylor, Ty | 6/10/2003 to 12/2/2003 | $34.17 |
| Ten Elshof, Matt | 5/18/2004 to 5/25/2004 | $18.84 |
| Vailolo, Soma | 11/26/2002 to 5/11/2004 | $177.29 |
| Veale, Mark | 6/25/2002 to 7/2/2002 | $43.56 |
| Werbelo, William | 5/11/2004 to 6/1/2004 | $138.36 |
| Westlake, James | 5/13/2003 to 8/12/2003 | $287.57 |
| Grand Total: | | $5,945.43 |

Office of the Solicitor
U.S. Department of Labor
1111 3rd Avenue, Suite 945
Seattle, WA  98101
(206) 553-0940; Fax (206) 553-2768

CONSENT JUDGMENT  - 6